# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Tennessee _____ (Agency: ATF)

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

JONATHAN ANDY LOGAN DISHNER
aka "JD"

Case Number: 2:17-CR- 12
SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN ANDY LOGAN DISHNER _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with:

Conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A));
Possess with the intent to distribute a quantity of methamphetamine, a Schedule II controlled substance (21 U.S.C. § 841(a)(1) and (b)(1)(C));
Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A))

(as more fully set out in the attached indictment)

in violation of Title _____ United States Code, Section(s) _____ SEE ABOVE _____

DEBRA C. POPLIN, CLERK

Name of Issuing Officer

_____ Signature of Issuing Officer

Clerk

Title of Issuing Officer

Feb. 14 , 2017 at Greeneville, Tennessee

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/17/2017 | Christopher E. Dockter  DUSM | |