IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: **MISCELLANEOUS HEARING**

USA V. ___JONATHAN ANDY LOGAN DISHNER___

Case No. __CR-2-17-12(10)__

Date____11/17/17___

Time__9:00 a.m.__ To __9:28 a.m.___
=======================================================================
Honorable RONNIE GREER U.S. District Judge, Presiding

__Kathy Hopson_____          ___Karen Bradley____          ____Greg Bowman_____
  Deputy Clerk                    Court Reporter                  Asst. U.S. Attorney
=======================================================================
DEFENDANT(s)                                        DEFENSE ATTORNEY(s)
 Jonathan Andy Logan Dishner___              David Leonard_____


**MISCELLANEOUS HEARING:**

Re Document 477


**ORDER TO ENTER**