UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:17-CR-12-010 |
| v. | ) | JUDGE GREER |
| | ) | |
| JONATHAN ANDY LOGAN DISHNER | ) | |
| also known as "JD" | ) | |

GOVERNMENT'S NOTICE OF NO OBJECTION
TO PRESENTENCE REPORT

COMES NOW the United States of America, by and through the United States Attorney

for the Eastern District of Tennessee, and states:

After having reviewed in full the Presentence Report prepared by Jada R. Tice, U.S.

Probation Officer, the government has no objection to the Presentence Report as written and sees

no need for an evidentiary hearing upon any of the contents.

Respectfully submitted, this the 24th day of January, 2018.

J. DOUGLAS OVERBEY
United States Attorney

By:     *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, the foregoing notice was filed electronically.
Notice of this filing was sent by operation of the court's electronic filing system to all parties
indicated on the electronic filing receipt.  Counsel not indicated on the court's EFS will be
served by regular U.S. Mail, postage prepaid.

By:     *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney