UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:17-CR-012-010 |
| | ) | JUDGE GREER |
| | ) | |
| JONATHAN ANDY LOGAN DISHNER | ) | |

SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence investigation report for JONATHAN ANDY LOGAN DISHNER correctly sets forth the pertinent sentencing factors of 18 U.S.C. § 3553(a), a guideline calculation of 188 to 235 months incarceration, based on a total offense level of 31 and a correct criminal history level calculation of VI. The United States objects to any downward departure or variance from the correctly calculated sentencing guideline range.

    Respectfully submitted,

    J. DOUGLAS OVERBEY
    United States Attorney

By:  *s/ J. Gregory Bowman*
    J. GREGORY BOWMAN
    Assistant U.S. Attorney
    220 West Depot Street, Ste. 423
    Greeneville, TN 37743

CERTIFICATE OF SERVICE

   I hereby certify that on January 24, 2018 a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

             By: *s/ J. Gregory Bowman*
                J. GREGORY BOWMAN
                Assistant U.S. Attorney