## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: January 02, 2019

Mr. Jonathan Andy Logan Dishner
Bledsoe County Correctional Complex
1045 Horsehead Road
Pikeville, TN 37367

         Re:  Case No. 18-5880, *USA v. Jonathan Dishner*
              Originating Case No. : 2:17-cr-00012-10

Dear Mr. Dishner,

   Your motion to extend time to file a response to the Anders brief has been **GRANTED**. Your response is now due no later than **January 30, 2019.**

                                Sincerely yours,

                                s/Ryan E. Orme
                                Case Manager
                                Direct Dial No. 513-564-7079

cc:  Mr. John Gregory Bowman
      Mr. Jerry Jerome Fabus Jr.
      Mr. John L. Medearis

Enclosure