## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 29, 2019

Mr. John L. Medearis
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

        Re: Case No. 18-5880, *USA v. Jonathan Dishner*
            Originating Case No. : 2:17-cr-00012-10

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Ryan E. Orme
                          Case Manager
                          Direct Dial No. 513-564-7079

cc: Mr. John Gregory Bowman
     Mr. Jonathan Andy Logan Dishner
     Mr. Jerry Jerome Fabus Jr.

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-5880

_____

Filed: April 29, 2019

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JONATHAN ANDY LOGAN DISHNER

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 04/05/2019 the mandate for this case hereby issues today.

 COSTS:  None